**Electronically Filed
Supreme Court
SCWC-15-0000682
13-JUN-2018
10:45 AM**

SCWC-15-0000682

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellee,

vs.

MARCIA D. WILSON,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000682; CASE NO. 2DTA-14-00949)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Marcia D. Wilson's

application for writ of certiorari filed on April 27, 2018, is

hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawai'i Rules of Appellate Procedure, move for retention of oral argument.

DATED:  Honolulu, Hawai'i, June 13, 2018.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna



/s/ Richard W. Pollack

/s/ Michael D. Wilson